**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mortgage Unity, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3936398** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **67 Forest Street, Suite 260**<br>**Marlborough, MA 01752**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://mortgageunity.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Mortgage Unity, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Mortgage Unity, LLC**

Name                                          Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Mortgage Unity, LLC**

Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Mortgage Unity, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**
MM / DD / YYYY

**X** **/s/ Michael Flanagan**                                          **Michael Flanagan**
Signature of authorized representative of debtor              Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Carl D. Aframe**                          Date    **February 21, 2025**
Signature of attorney for debtor                                      MM / DD / YYYY

**Carl D. Aframe 012780**
Printed name

**Aframe & Barnhill, P.A.**
Firm name

**390 Main Street, Suite 901**
**Worcester, MA 01608**
Number, Street, City, State & ZIP Code

Contact phone    **508-756-6940**        Email address    **aframe@aframebarnhill.net**

**012780 MA**
Bar number and State

---

Debtor    __Mortgage Unity, LLC_____     Case number (if known) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 21, 2025____
              MM / DD / YYYY

X __/s/ _____          __Michael Flanagan_____
Signature of authorized representative of debtor          Printed name

Title   __Manager_____

**18. Signature of attorney**

X _____              Date   __February 21, 2025____
Signature of attorney for debtor                              MM / DD / YYYY

__Carl D. Aframe 012780_____
Printed name

__Aframe & Barnhill, P.A._____
Firm name

__390 Main Street, Suite 901_____
__Worcester, MA 01608_____
Number, Street, City, State & ZIP Code

Contact phone   __508-756-6940____   Email address   __aframe@aframebarnhill.net_____

__012780 MA_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Mortgage Unity, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**      X */s/ Michael Flanagan*
_____
Signature of individual signing on behalf of debtor

**Michael Flanagan**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mortgage Unity, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Gold P.O. Box 981535 El Paso, TX 79980 | 1.800.492.8468 | Credit Card | | | | $48,033.00 |
| American Express Platinum P.O. Box 981535 El Paso, TX 79998 | 1.800.492.8468 | Credit Card | | | | $29,030.00 |
| Baclay Mastercard P.O. Box 8801 DE 19889 | 1.877.907.7470 | Credit Card | | | | $1,523.00 |
| Monica Freitas c/o Bennett & Belfort, P.C. 24 Thorndike Street, Suite 300 Cambridge, MA 02141 | eleblanc@bennettandbelfort.com 617.577.8800 | Wage Complaint - Disputed | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Ramp Card Visa 28 West 23rd Street, Floor 2 New York, NY 10010 | 855.206.7283 | Credit Card | | | | $130.00 |
| Robert Christian, CPA 16 State Park Road Hull, MA 02045 | 339.499.5968 | 2024 Annual Review fee regulatory required | | | | $3,500.00 |
| Tom Flanagan, CPA 36 Garvey Road Framingham, MA 01701 | | 2023 and 2024 Books & Annual Review Fee | | | | $30,000.00 |
| United Wholesale Mortgage 585 South Blvd. E Pontiac, MI 48341 | | Early payoff of funding penalty | | | | $14,029.41 |

**Fill in this information to identify the case:**

Debtor name __**Mortgage Unity, LLC**__

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ _____17,446.07

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ _____17,446.07

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____126,245.41

4. Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b

   $ _____126,245.41

**Fill in this information to identify the case:**

Debtor name __**Mortgage Unity, LLC**__

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Payroll** | **9779** | **$1,363.10** |
| 3.2. | **Bank of America** | **Savings** | **0808** | **$100.04** |
| 3.3. | **Bank of America** | **Checking** | **9766** | **$10,471.93** |
| 3.4. | **Bank of America** | **Savings** | **9782** | **$102.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $12,037.07 |
   |---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Mortgage Unity, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Boxer Property Management  - Security Deposit:  Suites 260 and 270  $1,109.00
Boxer Property Management -  Security Deposit:  Suites 268 and 350-10 $800.00                    $1,909.00

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**   **Total of Part 2.**                                                                      $1,909.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:              0.00      -         0.00      = ....           $0.00
face amount                  doubtful or uncollectible accounts

**12.**   **Total of Part 3.**                                                                    $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

Surety Bond AZ - $15,000 Bond
Surety Bond CT - $50,000 Bond (e-surety bond filed with NMLS)
Surety Bond FL - No Bond Required
Surety Bond MA - $75,000 Bond (e-surety bond filed with NMLS)
Surety Bond  ME - $25,000 Bond
Surety Bond NH - $50,000 Bond
16.1.   Surety Bond RI - $20,000 Bond                                               $0.00

Debtor    **Mortgage Unity, LLC**                                    Case number *(If known)* _____
        Name

17.    **Total of Part 4.**                                                                          **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Desks, Office Chairs, Tables, Filing Cabinets, Storage Cabinets, Sofas, Arm Chairs, Office Decorations, Wall Decor, End Tables, Computers, Monitors, Printers, Scanners and Speakers** | **$0.00** | **Liquidation** | **$2,500.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Various Sales and Training books - wall art and decor** | **$0.00** | **Liquidation** | **$500.00** |
| **Printer Paper, Toner, Pens, Folders, Printable Checks, Cleaning Supplies, Perishables, Marketing Material and Shipping Supplies** | **$0.00** | **Liquidation** | **$500.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          **$3,500.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No

Debtor    **Mortgage Unity, LLC**          Case number *(If known)* _____
Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------|------------------------|------------------------|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** <br> **Mortgage Unity LLC holds mortgae broker licenses or state equivalent in: Massachusetts, Arizona, Connecticut, Florida, Maine, New Hampshire and Rhode Island - Licenses ore non transferrable.** | **$0.00** | | **$0.00** |
| 63.    **Customer lists, mailing lists, or other compilations** <br> **Mortgage Unity, LLC maintains a funded client data base and business to business CRM Database.   No external Value, Customer NPI is Non-Transferrable** | **$0.00** | | **$0.00** |
|    **Mortgage Unity, LLC maintains a funded client data base and business to business CRM Database.   No external Value, Customer NPI is Non-Transferrable** | **$0.00** | | **$0.00** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

Debtor    **Mortgage Unity, LLC**                                    Case number *(If known)* _____
Name

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.     **Notes receivable**<br>Description (include name of obligor) |  |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.     **Interests in insurance policies or annuities**<br>**Travelers Casualty Insurance Company of America -**<br>**General Liability**<br>**Travelers Indemnity Company of Connecticut  Workers**<br>**Compensation and Employers Liability Policy** | **$0.00** |

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | **$0.00** |
|---|---|

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Mortgage Unity, LLC**                              Case number *(If known)* _____
　　　　　Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,037.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,909.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,446.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $17,446.07 |

**Fill in this information to identify the case:**

Debtor name      **Mortgage Unity, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **U.S. Small Business Administration**<br>Creditor's Name<br><br>**CESC - Covid EIDL Service Center**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Desks, Office Chairs, Tables, Filing Cabinets, Storage Cabinets, Sofas, Arm Chairs, Office Decorations, Wall Decor, End Tables, Computers, Monitors, Printers, Scanners and Speakers** | **$0.00** | **$2,500.00** |

Creditor's email address, if known

**Describe the lien**
**UCC Filing  No. 202065908220**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**06.09.2020**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **U.S. Small Business Administration**<br>Creditor's Name<br><br>**CESC - Covid EIDL Service Center**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Various Sales and Training books - wall art and decor** | **$0.00** | **$500.00** |

Creditor's email address, if known

**Describe the lien**
**UCC Filing  No. 202065908220**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**06.09.2020**

☑ No

| Debtor | **Mortgage Unity, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **U.S. Small Business Administration**
Creditor's Name

**2 North Street,  Suite 320 Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06.09.2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $0.00     $500.00
**Printer Paper, Toner, Pens, Folders, Printable Checks, Cleaning Supplies, Perishables, Marketing Material and Shipping Supplies**

**Describe the lien**
**UCC Filing  No. 202065908220**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **U.S. Small Business Administration**
Creditor's Name

**2 North Street, Suite 320 Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06.09.2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $0.00     $18,417.47
**Bank of America - Operating Checking - Acct# 9766**

**Describe the lien**
**UCC Filing  No. 202065908220**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**  **U.S. Small Business Administration**

Describe debtor's property that is subject to a lien     $0.00     $102.00

Debtor    **Mortgage Unity, LLC**

Case number (if known)

Name

| Creditor's Name | **Bank of America - Savings - Acct# 9782** |
|---|---|
| **2 North Street, Suite 320** | |
| **Birmingham, AL 35203** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC Filing  No. 202065908220** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **06.09.2020** | |
| Last 4 digits of account number | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Mortgage Unity, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Express Gold**<br>P.O. Box 981535<br>El Paso, TX 79980<br><br>Date(s) debt was incurred  **November 2021**<br>Last 4 digits of account number  **1008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$48,033.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Express Platinum**<br>P.O. Box 981535<br>El Paso, TX 79998<br><br>Date(s) debt was incurred  **August 2019**<br>Last 4 digits of account number  **2007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,030.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Baclay Mastercard**<br>P.O. Box 8801<br>DE 19889<br><br>Date(s) debt was incurred  **August 2021**<br>Last 4 digits of account number  **6778** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,523.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Monica Freitas**<br>c/o Bennett & Belfort, P.C.<br>24 Thorndike Street, Suite 300<br>Cambridge, MA 02141<br><br>Date(s) debt was incurred  **Unkown**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **Unknown** |

| Debtor | **Mortgage Unity, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

**Ramp Card Visa**
**28 West 23rd Street, Floor 2**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6346**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Robert Christian, CPA**
**16 State Park Road**
**Hull, MA 02045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 1, 2025**

Basis for the claim: **2024 Annual Review fee regulatory required**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Tom Flanagan, CPA**
**36 Garvey Road**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2023 and 2024 Books & Annual Review Fee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,029.41**

**United Wholesale Mortgage**
**585 South Blvd. E**
**Pontiac, MI 48341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim: **Early payoff of funding penalty**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 126,245.41 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 126,245.41 |

**Fill in this information to identify the case:**

Debtor name    **Mortgage Unity, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Office Lease of 67 Forest Street, Suites 260 and 270, Marlborough, MA 01752**<br><br>**Contract Expires 1.31.2026**<br>State the term remaining   **11 months**<br><br>List the contract number of any government contract | **Boxer Property**<br>**7325 SW Freeway, Suite 1900**<br>**Houston, TX 77074** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Office Lease Sublet: 67 Forest Street, Suites 268 and 350-11, Marlborough, MA 01752**<br><br>**Contract Expires: 8.31.2026**<br>State the term remaining   **18 months**<br><br>List the contract number of any government contract | **Boxer Property**<br>**7324 SW Freeway, Suite 1900**<br>**Houston, TX 77074** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Contract Data Entry & Support**<br><br>State the term remaining   **As services rendered**<br><br>List the contract number of any government contract | **Emily Barbosa**<br>**293 Turnpike Road #309**<br>**Westborough, MA 01581** |

Debtor 1   **Mortgage Unity, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease Membership** | |
|---|---|---|---|
| | State the term remaining | **Month to Month Lease** | **IWG Group Companies DBA Spaces 15169 N. Scottsdale Road, Suite 205 Scottsdale, AZ 85254** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Managed IT Services** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Magna 5 24 Superior Drive, Suite 303 Natick, MA 01760** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Review Contract - Independent Financial Review** | |
|---|---|---|---|
| | | **Annual Reveiw Contract, Currently Engaged for 2024 Independent Revei** | |
| | State the term remaining | **10 months** | **Robert Christian, CPA 16 State Park Road Hull, MA 02045** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Processing Services** | |
|---|---|---|---|
| | State the term remaining | **As Services Rendered** | **TMP Solutions, LLC DBA The Mortgage Processor 180 Littleton Road, Unit 15 Chelmsford, MA 01824** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Mortgage Unity, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Bookkeeppinig and GAAP Accounting Consulting -** | |
|---|---|---|---|
| | | **Engaged for 2024 Year End and 2025 Quarterly Reviews** | |
| | State the term remaining | **10 months** | **Tom Flanagan** |
| | List the contract number of any government contract | | **36 Garvey Road** |
| | | | **Framingham, MA 01701** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Marketing, Business Process Outsourcing and Tech Integration Services** | |
|---|---|---|---|
| | State the term remaining | **Month to Mont Lease** | **Unity Capital, LLC** |
| | List the contract number of any government contract | | **67 Forest Street** |
| | | | **Marlborough, MA 01752** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **CPA Services - engaged through 2025 tax year** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Vincent Servello, CPA** |
| | List the contract number of any government contract | | **176 E. Main Street, Suite 7** |
| | | | **Westborough, MA 01581** |

**Fill in this information to identify the case:**

Debtor name __**Mortgage Unity, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City     State     Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City     State     Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City     State     Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City     State     Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **Mortgage Unity, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other    **Funded Loan Transactions** | **$81,736.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other    **Funded Loan Transactions** | **$1,094,719.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Funded Loan Transactions** | **$941,073.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Mortgage Unity, LLC**                                           Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **American Express Platinum** | **11.26.2024 -<br>1.27.2025** | **$30,975.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.2.   **American Express Gold** | **12.03.2024 -<br>2.03.2025** | **$14,834.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.3.   **TMP Solutions<br>DBA The Mortgage Processsor<br>180 Littleton Road, Unit 15<br>Chelmsford, MA 01824** | **11.20.2024 -<br>2.13.2025** | **$17,005.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other ___ |
| 3.4.   **Unity Capital<br>67 Forest Street<br>Marlborough, MA 01752** | **12.3.2024 -<br>2.17.2025** | **$22,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contract Marketing,<br>BPO, Tech & Integrations<br>Services** |
| 3.5.   **Emily Barbosa<br>293 Turnpike Road, #309<br>Westborough, MA 01581** | **11.29.2024 -<br>2.16.2025** | **$8,120.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other ___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Exhibit 1** | | **$0.00** | |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Debtor   **Mortgage Unity, LLC** _____   Case number *(if known)* _____

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Monica Freitas v. Mortgage Unity, LLC, Michael Flanagan, individually and Kim Lanagan, individually**<br>2481-CV-0230 | **Massachusetts Wage Act Complaint - disputed** | **Middlesex Superior Court 200 Trade Center Drive Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Mortgage Unity, LLC**                                          Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Carl D. Aframe**<br>**Aframe & Barnhill, P.A.**<br>**390 Main Street, Suite 901**<br>**Worcester, MA 01608** | | **February 11, 2025** | **$12,000.00** |
| Email or website address<br>**aframe@aframebarnhill.net** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

| Debtor | **Mortgage Unity, LLC** | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

_____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage Facility**<br>**554 Boston Post Road**<br>**Sudbury, MA 01776** | **Michael Flanagan and Kimberly Lanagan** | **Office equipment f** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **Mortgage Unity, LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

- ■ No.
- ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Vincent Servello, CPA** **176 E. Main Street, Suite 7** **Westborough, MA 01581** | **9.01.2022 - Present** |
| 26a.2.   **Robert Christian, CPA** **16 State Park Road** **Hull, MA 02045** | **1.1.2023 to present** |

Debtor   **Mortgage Unity, LLC** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Thomas Flanagan, CPA** <br> **36 Garvey Road** <br> **Framingham, MA 01701** | **2.1.2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Vincent Servello, CPA** | |
| 26c.2.   **Robert Chrisitan, CPA** | |
| 26c.3.   **Thomas Flanagan, CPA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **The Nationwide Mortgage Licensing System** <br> **Conference of State Bank Supervirosrs** <br> **1300 1 St. NW, Suite 700 East** <br> **Washington, DC 20050** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Flanagan** | **44 Woodside Road** <br> **Sudbury, MA 01776** | **Owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimberly Lanagan** | **66 Fair Lane** <br> **Raynham, MA 02767** | **Owner** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Mortgage Unity, LLC**                                    Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached Exhibit 2** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**

**/s/ Michael Flanagan**                              **Michael Flanagan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Massachusetts

In re    **Mortgage Unity, LLC**                                    Case No.
                                    Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly Lanagan**<br>**66 Fair Lane**<br>**Raynham, MA 02767** | | **50%** | |
| **Michael Flanagan**<br>**44 Woodside Road**<br>**Sudbury, MA 01776** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 21, 2025**                    Signature  **/s/ Michael Flanagan**
                                          **Michael Flanagan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re    **Mortgage Unity, LLC** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 21, 2025** _____        **/s/ Michael Flanagan** _____
                                        **Michael Flanagan**/**Manager**
                                        Signer/Title

American Express Gold
P.O. Box 981535
El Paso, TX 79980

American Express Platinum
P.O. Box 981535
El Paso, TX 79998

Baclay Mastercard
P.O. Box 8801
DE 19889

Boxer Property
7324 SW Freeway, Suite 1900
Houston, TX 77074

Emily Barbosa
293 Turnpike Road #309
Westborough, MA 01581

IWG Group Companies
DBA Spaces
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254

Magna 5
24 Superior Drive, Suite 303
Natick, MA 01760

Monica Freitas
c/o Bennett & Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141

Ramp Card Visa
28 West 23rd Street, Floor 2
New York, NY 10010

Robert Christian, CPA
16 State Park Road
Hull, MA 02045

TMP Solutions, LLC
DBA The Mortgage Processor
180 Littleton Road, Unit 15
Chelmsford, MA 01824

Tom Flanagan
36 Garvey Road
Framingham, MA 01701

Tom Flanagan, CPA
36 Garvey Road
Framingham, MA 01701

```
U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

United Wholesale Mortgage
585 South Blvd. E
Pontiac, MI 48341

Unity Capital, LLC
67 Forest Street
Marlborough, MA 01752

Vincent Servello, CPA
176 E. Main Street, Suite 7
Westborough, MA 01581
```

# United States Bankruptcy Court
## District of Massachusetts

In re   **Mortgage Unity, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mortgage Unity, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kimberly Lanagan
66 Fair Lane
Raynham, MA 02767**

**Michael Flanagan
44 Woodside Road
Sudbury, MA 01776**

☐ None [*Check if applicable*]

**February 21, 2025**

Date

**/s/ Carl D. Aframe**

**Carl D. Aframe 012780**

Signature of Attorney or Litigant
Counsel for   **Mortgage Unity, LLC**

**Aframe & Barnhill, P.A.
390 Main Street, Suite 901
Worcester, MA 01608
508-756-6940 Fax:508-753-8219
aframe@aframebarnhill.net**